# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Bernard J. Morosco<br><br>xxx–xx–7362<br>1603 Girard Street<br>Utica, NY 13501–3305 | )<br>)<br>)<br>)Case Number: 13–60894–6–dd<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Thomas Paul Hughes−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Utica, NY
DATED: 3/28/14

*BY THE COURT*

Diane Davis
U.S. Bankruptcy Judge